UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIXING XINYU FOOD PROCESSING CO., LTD, PREVIOUSLY NAMED AS TAIXING SHININGRIVER FOODS CO., LTD,<br><br>                    Petitioner,<br><br>   vs.<br><br>ANKE USA INC.; and ZHAO FENG XIANG (TOM JAU),<br><br>                    Respondents. | Case No.: CV 10-1202 VBF (AJWX)<br><br>JUDGMENT |

On August 6, 2010, this court granted Motion for Order Confirming Foreign Arbitral Award filed by petitioner Taixing Xinyu Food Processing Co., Ltd, previously named as Taixing Shiningriver Foods Co., Ltd., and confirmed the Arbitral Award by China International Economic and Trade Arbitration Commission (CIETAC) dated February 27, 2009 and Correction of Award by China International Economic and Trade Arbitration Commission (CIETAC) dated December 14, 2009,

[PROPOSED] JUDGMENT            1

attached as Exhibit 3 to First Amended Petition for Order Confirming Foreign Arbitral Award and as Exhibit 3 and 4 to Declaration of Ming G. Li in Support of Motion for Order Confirming Foreign Arbitral Award. The court also ordered a judgment be entered in conformity with the arbitral award, together with interest and costs. Accordingly, the Court issues the following orders:

IT IS ORDERED, ADJUDICATED, AND DECREED that:

1. Zhao Feng Xiang aka Tom Jau pay Taixing Xinyu Food Processing Co., Ltd the principal sum of $217,989.00, together with interest in the amount of $6,960.00 from October 15, 2006 to October 15, 2008, together with currency exchange loss in the amount of $27,330.00 (equal to RMB 186,881 on February 27, 2009), for a total sum of $252,279.00 as of February 27, 2009, plus further interest in the amount of _____ accrued on the sum of $252,279.00 at the rate of 10% per annum from February 27, 2009 to the date of entry of this Judgment;

2. Zhao Feng Xiang aka Tom Jau also compensate Taixing Xinyu Food Processing Co., Ltd for arbitration expenses $6,912.00 and $9,023.00 (equal to RMB61702 on February 27, 2009), and arbitration fee $9,195.00 (equal to RMB62,876 on February 27, 2009), for a total sum of $25,130.00 as of February 27, 2009, plus further interest in the amount of _____ accrued on the sum of $25,130.00 at the rate of 10% per annum from February 27, 2009 to the date of entry of this Judgment;

3. Zhao Feng Xiang aka Tom Jau also pay Taixing Xinyu Food Processing Co., Ltd for the costs incurred in this petition in the amount of $469.00;

4. Zhao Feng Xiang aka Tom Jau pay interest on the judgment amounts to Taixing Xinyu Food Processing Co., Ltd at the statutory rate pursuant to 28 U.S.C. A. §1961;

5. This judgment shall be deemed to have been served upon Zhao Feng Xiang aka Tom Jau when it is executed by the Court.

DATED: April 7, 2011

*Valerie Baker Fairbank*
_____
United States District Judge